# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 2, 2021

162094

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

LESLEY MEYERS, Personal Representative of
the ESTATE OF SAMUEL CORRADO,
       Plaintiff-Appellant,

v

SC: 162094
COA: 346920
Macomb CC: 2016-003128-NH

KAREN RIECK, RADI GERBI, R.N., JESSICA
JOHNSON, L.P.N., BEAUMONT NURSING
HOME SERVICES, INC., and PINEHURST
EAST, INC.,
       Defendants,

and

SHELBY NURSING CENTER JOINT VENTURE,
d/b/a SHELBY NURSING CENTER,
       Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the August 27, 2020 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

The appellant shall file a supplemental brief addressing: (1) whether the proposed claim based on a violation of the standing order sounds in medical malpractice or ordinary negligence; and (2) whether evidence of the standing order is admissible at trial. The appellant's brief shall be filed by September 27, 2021, with no extensions except upon a showing of good cause. In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

The Michigan Association for Justice, the Michigan Defense Trial Counsel, Inc., and the Michigan Health and Hospital Association are invited to file briefs amicus curiae.

Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.

BERNSTEIN, J., not participating because he has a family member with an interest that could be affected by the proceeding.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 2, 2021



a0526

Clerk